UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAJAWAN BUSH, ) | CASE No. ED CV 09-0604-R (PJW) |
|  Plaintiff, ) | |
| v. ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| J. SOLORZANO, ) | |
|  Defendant. ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

    DATED: Feb. 22, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep_R&R.wpd