UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAJAWAN BUSH,         Plaintiff,    v. J. SOLORZANO,         Defendant. | CASE NO. CV 09-0604-R(PJW) J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: Feb 22, 2010.

                                   _____
                                   MANUEL L. REAL
                                   UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~6746519.wpd